UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MARQUISE LOCKHART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:16cv63 SNLJ |
| | ) |
| CYNTHIA REESE, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Plaintiff, *pro se*, filed this 42 U.S.C. § 1983 claim for violations of his constitutional rights against defendant correctional officers at the Southeast Correctional Center, where plaintiff is incarcerated. Defendants filed a motion for summary judgment to which plaintiff has responded. As part of plaintiff's response to the defendants' statement of facts, plaintiff suggests that the surveillance video of his time on the restraint bench on April 5-6, 2015 will prove that defendants did not check his restraints or otherwise attend to his needs for approximately 17 hours. Defendants do not respond to plaintiff's suggestion regarding the surveillance video at all.

Defendants shall file supplemental briefing in response to plaintiff's request that this Court view the surveillance footage from April 5-6, 2015. The Court also orders defendants to address the existence of relevant surveillance video from April 7, 2015 during the time of the altercation between plaintiff and his cellmate Ronnie Allen and the time plaintiff and Allen spent on restraint benches afterwards.

1

In light of the extraordinary circumstances at the prison on those days --- during which some 30 prisoners declared suicidal and/or homicidal tendencies --- the Court presumes surveillance footage exists and was preserved. To the extent it was not, the defendants must explain those circumstances to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that defendants shall file a memorandum and relevant surveillance video footage in accordance with this memorandum by January 12, 2018.

Dated this  15th   day of December, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE